ANNA M. BRANDENBURG, Respondent, v. FREDERICK H. BLEYER, Appellant.— Order in part granting and in part denying defendant's motion for a bill of particulars affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

HENRY A. BRAUN, Respondent, v. ISIDORE JACOBOWITZ, Appellant. ISIDORE JACOBOWITZ, Appellant, v. HENRY A. BRAUN, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

FILOMENA CASSESE, Respondent, v. ANTHONY CASSESE, Appellant.— Order granting motion for alimony and counsel fee reversed upon the law and the facts, without costs, and motion denied, without costs. The allegations of adultery set forth in the complaint are not supported by any proof. They are met by denials in the answer and in defendant's affidavit. Plaintiff has thus failed to show that there is a reasonable likelihood of success in the action. (*Werner* v. *Werner*, 204 App. Div. 791.) Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

LOUISE G. CLARKSON, Respondent, v. HAROLD KRIEGER, Appellant, and Others, Defendants.— Order denying motion of defendant Krieger for judgment on the pleadings and granting plaintiff's motion for such judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ROSE DONOFRIO, Respondent, v. PETER J. SIEBOLD, Appellant, and WESTCHESTER ELECTRIC RAILROAD COMPANY, Defendant.— Order setting aside verdict reversed upon the law, with costs, and verdict reinstated, upon the ground that the verdict was not inadequate as matter of law. Rich, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

G. FRANK DOUGHERTY, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Order denying motion for judgment dismissing complaint affirmed, without costs. The complaint states facts sufficient to constitute a cause of action for the premiums paid. In our opinion, however, under the circumstances recited, plaintiff is not entitled to a declaratory judgment. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

EKS REALTIES, INC., Respondent, v. QUEENS LAND ESTATES, INC., and LOUIS SECHER, Appellants. PRUDENTIAL SAVINGS BANK OF BROOKLYN, Defendant.— Orders denying motions to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

WILLIAM G. FUST, Appellant, v. PAUL MEXNER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.